FILED

11/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION OF
MICHAEL T. HOWARD

FILED

NOV 30 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Michael T. Howard has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Howard's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Howard passed the MPRE in 2008 when seeking admission to the practice of law in Idaho. Howard is a member in good standing of the State Bar of Washington since 1999 and the State Bar of Idaho since 2000. The petition states that Howard has been practicing law "ethically and without incident" since 2000. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Michael T. Howard to waive the three-year test requirement for the MPRE for purposes of Howard's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 30 day of November, 2021.

_____
Chief Justice

_____

_____

_____

_(signature)_____

_(signature)_____

_(signature)_____
Justices